

FILED

10/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0406

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0406

MONTANA TROUT UNLIMITED, MONTANA ENVIRONMENTAL INFORMATION CENTER, TROUT UNLIMITED, EARTHWORKS, AND AMERICAN RIVERS,

*Plaintiffs and Appellees,*

v.

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,

*Defendant and Appellant,*

AND

TINTINA MONTANA INC.,

*Defendant and Appellant,*

FILED

OCT 2 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

AND

STATE OF MONTANA, BY AND THROUGH THE OFFICE OF THE ATTORNEY GENERAL,

*Defendant-Intervenor and Appellant,*

AND

MEAGHER COUNTY AND BROADWATER COUNTY,

*Defendants-Intervenors and Appellants.*

## ORDER

Pursuant to Montana Rule of Appellate Procedure 12(10), and for good cause appearing, Appellants' Unopposed Joint Motion for Leave to File Over-Length Opening Brief is GRANTED. Appellants' principal briefs shall not exceed 12,500 words, proportionately spaced, and the Appellees' principal brief shall not exceed 14,000 words, proportionately spaced.

DATED this 26ᵗʰ day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices